# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. K. SCRIBNER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV-F-04-6368 REC LJO P<br><br>ORDER NOTIFYING CALIFORNIA DEPARTMENT OF CORRECTIONS THAT PLAINTIFF'S IFP STATUS HAS BEEN REVOKED, AND DIRECTING THE CLERK'S OFFICE TO SEND CDC COPY OF ORDER FILED APRIL 5, 2005<br><br>(Doc. 8) |

　　　　Plaintiff Rex Chappell ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 5, 2005, Judge Coyle issued an order revoking plaintiff's in forma pauperis status. (Doc. 8.) <u>Therefore, the California Department of Corrections shall no longer collect any funds from plaintiff's trust account for this case</u>. An appeal of the court's order is currently pending before the Ninth Circuit.  In the event that this court's order is reversed by the Ninth Circuit and plaintiff is allowed to proceed in forma pauperis in this action, the court will at that time issue an order notifying CDC to again collect funds from plaintiff's trust account.

　　　　Accordingly, it is HEREBY ORDERED that:

1.　　The California Department of Corrections is notified that plaintiff's in forma pauperis status has been revoked and that funds should no longer be deducted from plaintiff's trust account to pay the filing fee in this action;

2.　　The Clerk's Office shall serve a copy of this order and a copy of Judge Coyle's April 5, 2005 order on the Director of the California Department of Corrections, 1515 "S"

1

1  Street, Sacramento, California, 95814; and

2  3. The Clerk's Office shall serve a copy of this order on the Financial Department, U.S.
3  District Court, Eastern District of California, 1130 "O" Street, Fresno, California,
4  93721.

6  IT IS SO ORDERED.

7  **Dated:   May 19, 2005**                          **/s/ Lawrence J. O'Neill**
   i0d3h8                                             UNITED STATES MAGISTRATE JUDGE