# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>        Plaintiff,<br><br>  v.<br><br>A. K. SCRIBNER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:04-CV-6368-REC-LJO-P<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY THE FILING FEE IN FULL WITHIN THIRTY DAYS<br><br>(Doc. 8) |

Plaintiff Rex Chappell ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 5, 2005, pursuant to 28 U.S.C. § 1915(g), the Court issued an order revoking plaintiff's in forma pauperis status and requiring plaintiff to pay the $150.00 filing fee in full within thirty days. (Doc. 8.) In the order, the Court warned plaintiff that if he did not pay the filing fee in full within thirty days, this action would be dismissed. (Id.) More than thirty days have passed and plaintiff has not complied with or otherwise responded to the Court's order.[1]

///
///
///
///
///

---

[1] Plaintiff appealed the Court's order on May 2, 2005. (Doc. 9.) The United States Court of Appeals for the Ninth Circuit dismissed the appeal on November 1, 2005, for failure to prosecute. (Doc. 16.)

1

1  Accordingly, it is HEREBY ORDERED that this action is dismissed, without prejudice,
2  based on plaintiff's failure to pay the filing fee in full, in compliance with the Court's order of April
3  5, 2005.
4  IT IS SO ORDERED.
5  **Dated:  March 30, 2006**          /s/ Robert E. Coyle
   668554                              UNITED STATES DISTRICT JUDGE